UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) Chapter 7 |
| MICHAEL D. ALMADA, | ) Case No. 15-42131 |
| | ) Hon. Jacqueline P. Cox |
| | ) Hearing Date: Thurs., October 12, 2017 |
| Debtor. | ) @ 9:30 a.m. |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that **Thursday, October 12, 2017** at **9:30 a.m.**, or as soon thereafter as may be possible, we shall appear before the Honorable Jacqueline P. Cox or any other Judge sitting in her stead, in **Courtroom 680**, of the Dirksen Federal Building, 219 South Dearborn, in Chicago, Illinois, and shall then and there present the attached **Trustee's Application for Compensation and Expenses,** a copy of which is hereby served upon you.

/s/ Norman B. Newman
Norman B. Newman, Trustee for the bankruptcy estate
of Michael Almada

Norman B. Newman, ARDC No. 02045427
MUCH SHELIST, P.C.
191 North Wacker Drive, Suite 1800
Chicago, Illinois 60606
Telephone: 312.521.2000
Facsimile: 312.521.2100

## CERTIFICATE OF SERVICE

Norman B. Newman, an attorney, hereby certifies that on September 14, 2017, he electronically filed this Application for Compensation with the Clerk of the Court via the Court's CM/ECF system which will send electronic notification to those individual registered to receive notice.

/s/Norman B. Newman

8167921_1

EXHIBIT E

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| MICHAEL D. ALMADA | ) | Case No. 15-42131 |
| | ) | |
| | ) | Hon. JACQUELINE P. COX |

**TRUSTEE'S APPLICATION FOR**
**COMPENSATION AND EXPENSES**

To:    THE HONORABLE JACQUELINE P. COX

NOW COMES NORMAN NEWMAN, Trustee herein, pursuant to 11 U.S.C. §330, requests $7,300.00 as compensation and $0.00 for reimbursement of expenses, $0.00 amount of which has previously been paid.

I. COMPUTATION OF COMPENSATION

Total disbursements to parties in interest, excluding the Debtor, but including holders of secured claims are $81,000.00. Pursuant to 11 U.S.C. §326, compensation should be computed as follows:

| | | | |
|---|---|---|---|
| 25% on 1st $5,000.00 | $ | 1,250.00 | ($1,250.00 max) |
| 10% on next $45,000.00 | $ | 4,500.00 | ($4,500.00 max) |
| 5% on next $950,000.00 | $ | 1,550.00 | ($47,500.00 max) |
| 3% of balance | $ | 0.00 | |
| | | | |
| TOTAL COMPENSATION | $ | 7,300.00 | |

## II. TRUSTEE'S EXPENSES

| | | |
|---|---|---|
| Copies (0.00 copies @ 0.00¢/copy) | $ | 0.00 |
| Postage | $ | 0.00 |
| Long Distance Telephone | $ | 0.00 |
| Other (explain): | $ | 0.00 |
| | | |
| TOTAL EXPENSES | $ | 0.00 |

The undersigned certifies under penalty of perjury that no agreement or understanding exists between the undersigned and any other person for sharing of compensation prohibited by the Bankruptcy Code. No payments have previously been made or promised in any capacity in connection with the above case.

Dated: July 18, 2017

s/ NORMAN NEWMAN
SIGNATURE

191 N. WACKER DRIVE
SUITE 1800
CHICAGO, IL 60606-1615
ADDRESS

# MUCH SHELIST

191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615
T 312.521.2000  F 312.521.2100

FEIN 36-2757501

Michael Almada
c/o Norman B. Newman
191 N Wacker Dr, Ste 1800
Chicago, IL 60606

Invoice Number: ******

Invoice Date: 07/14/2017

Billing Attorney: **Norman B. Newman**

Matter Number: 0013213.0006

16 - Trustee

**FEES THROUGH JULY 14, 2017**

| Date | Atty. | Description | Hours |
|---|---|---|---|
| 03/07/16 | NBN | Review schedules, SOFA and amended schedules regarding inheritance (.40); correspondences with Debtor's attorney regarding same (.20). | 0.60 |
| 03/09/16 | NBN | Review information regarding NC real estate and possible value (.40); meet with K. Noonan regarding opening estate (.50); correspondences with R. Mullinax regarding same (.20); correspondences with J. Hadelin regarding manage license and review license (.40). | 1.50 |
| 03/23/16 | NBN | Discussion with U.S.T regarding opening Probate estate in Chicago and related issues (.30); review correspondences with E. Garlovsky regarding representing Executor (.20). | 0.50 |
| 03/28/16 | NBN | Correspondences with Debtor's attorney regarding contact with Mr. Almada. | 0.20 |
| 03/29/16 | NBN | Review Discharge Order. | 0.20 |
| 04/26/16 | NBN | Correspondences with L. Garlovsky, M. Almada and K. Noonan regarding finding Ellen Wallace. | 0.30 |
| 04/27/16 | NBN | Telephone conference with and correspondences with M. Almada and E. Garlovsky regarding E. Wallace address, opening estate in Chicago and relation to North Carolina assets. | 0.80 |
| 05/16/16 | NBN | Review updated contact information for Debtor (.20); correspondences with E. Garlovsky regarding inventory and estate expenses (.30). | 0.50 |
| 06/10/16 | NBN | Correspondence with L. Garlovsky regarding status of opening estate. | 0.20 |
| 06/30/16 | NBN | Correspondences with L. Garlovsky and R. Mullinax regarding status of Benefield estate. | 0.30 |
| 07/05/16 | NBN | Correspondences with E. Garlovsky regarding issues with Wells Fargo rent payments. | 0.20 |

**PLEASE SEND PAYMENT TO:**

Much Shelist ■ 8477 Solution Center ■ Chicago, IL 60677-8004

**Payment due within 30 days of invoice**

**QUESTIONS?**
billinginquiries@muchshelist.com ■ www.muchshelist.com

thinking business, practicing law.

# MUCH SHELIST

191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615
T 312.521.2000  F 312.521.2100
FEIN 36-2757501

Michael Almada
c/o Norman B. Newman
191 N Wacker Dr, Ste 1800
Chicago, IL 60606

Invoice Number: ******

Invoice Date: **07/14/2017**

Billing Attorney: **Norman B. Newman**

Matter Number: **0013213.0006**

16 - Trustee

| Date | Atty. | Description | Hours |
|---|---|---|---|
| 07/18/16 | NBN | File Asset notice and request claims bar date. | 0.20 |
| 08/12/16 | NBN | Discussion with J. Schwartz regarding sale motion. | 0.30 |
| 08/15/16 | NBN | Review three claims filed by Capitol One Bank. | 0.20 |
| 09/08/16 | NBN | Meet with J. Gansberg regarding handling 9/13 hearing (.20); discussion with Debtor regarding continuing sale motion until after probate claim bar date (.20). | 0.40 |
| 09/27/16 | NBN | Review change of address information for debtor. | 0.20 |
| 10/14/16 | NBN | Review latest change of address and telephone information. | 0.20 |
| 10/21/16 | NBN | Review claim register and compare to schedules. | 0.30 |
| 11/14/16 | NBN | Correspondence with Debtor regarding updated contact information. | 0.20 |
| 11/15/16 | NBN | Discussion with J. Gansberg regarding sale order entered. | 0.20 |
| 11/29/16 | NBN | Correspondences with R. Mullinax sending closing documents. | 0.20 |
| 12/01/16 | NBN | Correspondence with B. Mullinax regarding status of sale documents. | 0.20 |
| 12/02/16 | NBN | Correspondence with R. Mullinax regarding sale documents to be sent and payment information (.30); correspondence with M. Almada regarding signing documents (.20). | 0.50 |
| 12/06/16 | NBN | Meet with J. Schwartz regarding resolving USDA claim (.30); Telephone conference with M. Almada regarding signing Warranty Deed (.20). | 0.50 |
| 12/13/16 | NBN | Review correspondence with representative of USDA and discussion with J. Schwartz regarding documents in support of claim. | 0.40 |
| 12/15/16 | NBN | Correspondence with B. Mullinax regarding deeds recorded and check sent (.30); deposit funds (.20). | 0.50 |

**PLEASE SEND PAYMENT TO:**
Much Shelist ■ 8477 Solution Center ■ Chicago, IL 60677-8004

**Payment due within 30 days of invoice**

**QUESTIONS?**
billinginquiries@muchshelist.com ■ www.muchshelist.com

thinking business, practicing law.

# MUCH SHELIST

191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615
T 312.521.2000  F 312.521.2100
FEIN 36-2757501

Michael Almada
c/o Norman B. Newman
191 N Wacker Dr, Ste 1800
Chicago, IL 60606

Invoice Number: ******

Invoice Date: **07/14/2017**

Billing Attorney: **Norman B. Newman**

Matter Number: **0013213.0006**

16 - Trustee

| Date | Atty. | Description | Hours |
|---|---|---|---|
| 12/30/16 | NBN | Letter to M. Almada regarding payment of expenses (.20); review correspondence with J. Schwartz and representative of Agriculture regarding claim documents requested (.30). | 0.50 |
| 01/04/17 | NBN | Review letter to Debtor's attorney regarding information for claim objection resolution (.20); correspondences with C. Cohen regarding employment (.20). | 0.40 |
| 01/12/17 | NXS | Reconcile bank account. | 0.20 |
| 01/23/17 | NBN | Discussion with J. Schwartz regarding Miller Cooper employment and U.S.D.A. claim objection. | 0.30 |
| 01/24/17 | NBN | Correspondence with C. Cohen regarding signing Affidavit in connection with employment. | 0.20 |
| 01/27/17 | NBN | Review filed application to employ accountant. | 0.20 |
| 02/13/17 | NXS | Bank reconciliation. | 0.20 |
| 02/23/17 | NBN | Review amendment to A,B and C schedules. | 0.30 |
| 02/27/17 | NBN | Correspondence with E. Garlovsky regarding closing Chicago probate estate. | 0.20 |
| 03/08/17 | NXS | Reconcile accounts. | 0.20 |
| 03/09/17 | NBN | Discuss with J. Schwartz regarding order entered approving settlement with USDA. | 0.20 |
| 03/15/17 | NBN | Letter to M. Almada enclosing payment of exemption claim. | 0.20 |
| 05/11/17 | NBN | Correspondence with J. Polakow regarding status of tax returns. | 0.20 |
| 05/26/17 | NXS | Reconcile bank account. | 0.20 |
| 06/20/17 | NXS | Reconcile bank accounts. | 0.20 |

**PLEASE SEND PAYMENT TO:**
Much Shelist ■ 8477 Solution Center ■ Chicago, IL 60677-8004

**Payment due within 30 days of invoice**



**QUESTIONS?**
billinginquiries@muchshelist.com ■ www.muchshelist.com

thinking business, practicing law.

# MUCH SHELIST

191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615
T 312.521.2000   F 312.521.2100
FEIN 36-2757501

Michael Almada
c/o Norman B. Newman
191 N Wacker Dr, Ste 1800
Chicago, IL 60606

Invoice Number: ******

Invoice Date: **07/14/2017**

Billing Attorney: **Norman B. Newman**

Matter Number: **0013213.0006**

16 - Trustee

| Date | Atty. | Description | Hours |
|------|-------|-------------|-------|
|      |       | **Total Hours** | 13.50 |

**PLEASE SEND PAYMENT TO:**
Much Shelist ■ 8477 Solution Center ■ Chicago, IL 60677-8004

**Payment due within 30 days of invoice**

**QUESTIONS?**
billinginquiries@muchshelist.com ■ www.muchshelist.com

thinking business, practicing law.

# MUCH SHELIST

191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615
T 312.521.2000  F 312.521.2100
FEIN 36-2757501

Michael Almada
c/o Norman B. Newman
191 N Wacker Dr, Ste 1800
Chicago, IL 60606

Invoice Number: ******

Invoice Date: **07/14/2017**

Billing Attorney: **Norman B. Newman**

Matter Number: **0013213.0006**

16 - Trustee

### TIMEKEEPER SUMMARY THROUGH JULY 14, 2017

| Timekeeper | Rate | Hours |
|---|---|---|
| Newman, Norman B. | $640.00 | 10.30 |
| Newman, Norman B. | $655.00 | 2.20 |
| Sulak, Nancy A. | $180.00 | 1.00 |
| **Total Hours** | | **13.50** |

**PLEASE SEND PAYMENT TO:**
Much Shelist ■ 8477 Solution Center ■ Chicago, IL 60677-8004

**Payment due within 30 days of invoice**

**QUESTIONS?**
billinginquiries@muchshelist.com ■ www.muchshelist.com

thinking business, practicing law.