UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Chapter 7 |
| MICHAEL D. ALMADA, ) | Case No. 15-42131 |
| ) | Hon. Jacqueline P. Cox |
| ) | |
| Debtor. ) | |

## CERTIFICATE OF SERVICE

Norman B. Newman, an attorney, hereby certifies that on September 14, 2017, he serve a copy of the **Notice of Trustee's Final Report and Application for Compensation and Deadline to Object (NFR)** on all parties listed on the attached service list by depositing same in the U.S. Mail from 191 N. Wacker Drive, Suite 1800, Chicago, Illinois.

    /s/ Norman B. Newman
    Norman B. Newman

Norman B. Newman (Atty. ID#02045427)
**MUCH SHELIST, P.C.**
191 N. Wacker Drive, Suite 1800
Chicago, IL 60606
(312) 521-2000
(312) 521-2100

8167823_1

## MICHAEL ALMADA SERVICE LIST

Office of the United States Trustee
219 S. Dearborn St.
8th Floor
Chicago, IL 60604

Michael Almada
7630 N. Eastlake Terrace
Apt. G
Chicago, IL 60626

John A. Haderlein
815-C Country Club Drive
Libertyville, IL 60048

Capital One Bank (USA), N.A.
American Infosource, LP, as Agent
P.O. Box 71083
Charlotte, NC 28272-1083

USDA Rural Housing Service
Centralized Servicing Center
P.O. Box 66879
St. Louis, MO 63166

Miller Cooper
1751 Lake Cook Road
Suite 400
Deerfield, IL 60015

8167823_1