**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: ALMADA, MICHAEL D. § Case No. 15-42131
§
§
§
Debtor(s)

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Norman B. Newman, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $32,416.00 | Assets Exempt: | $31,916.00 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $39,403.65 | Claims Discharged Without Payment: | $26,564.65 |
| Total Expenses of Administration: | $41,596.35 | | |

3) Total gross receipts of $85,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $4,000.00 (see **Exhibit 2**), yielded net receipts of $81,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR ( 10 /1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $41,596.35 | $41,596.35 | $41,596.35 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $93,281.00 | $65,968.30 | $65,968.30 | $39,403.65 |
| **TOTAL DISBURSEMENTS** | $93,281.00 | $107,564.65 | $107,564.65 | $81,000.00 |

4) This case was originally filed under chapter 7 on 12/14/2015. The case was pending for 24 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/16/2017      By: /s/ Norman B. Newman
                                    Trustee

**STATEMENT** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR ( 10 /1/2010)

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Inheritance of Property | 1129-000 | $85,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$85,000.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Michael D. Almada | Exemption Claim | 8100-002 | $4,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$4,000.00** |

## EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - NORMAN B. NEWMAN, TRUSTEE | 2100-000 | NA | $7,300.00 | $7,300.00 | $7,300.00 |
| Attorney for Trustee Fees - MUCH SHELIST, P.C. | 3110-000 | NA | $29,661.50 | $29,661.50 | $29,661.50 |
| Attorney for Trustee, Expenses - MUCH SHELIST, P.C. | 3120-000 | NA | $267.79 | $267.79 | $267.79 |
| Bond Payments - INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | $27.97 | $27.97 | $27.97 |
| Costs re Sale of Property (closing costs, etc. not realtor comm.) - Michael Almada | 2500-000 | NA | $27.32 | $27.32 | $27.32 |
| Banking and Technology Service Fee - Rabobank, N.A. | 2600-000 | NA | $763.67 | $763.67 | $763.67 |
| Accountant for Trustee Fees (Other Firm) - MILLER COOPER | 3410-000 | NA | $3,298.10 | $3,298.10 | $3,298.10 |
| Accountant for Trustee Expenses (Other Firm) - MILLER COOPER | 3420-000 | NA | $250.00 | $250.00 | $250.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $41,596.35 | $41,596.35 | $41,596.35 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Capital One Bank (USA), N.A. | 7100-000 | $0.00 | $3,422.25 | $3,422.25 | $3,422.25 |
| 2 | Capital One Bank (USA), N.A. | 7100-000 | $0.00 | $663.90 | $663.90 | $663.90 |
| 3 | Capital One Bank (USA), N.A. | 7100-000 | $0.00 | $509.31 | $509.31 | $509.31 |
| 4 -2 | USDA Rural Housing Service | 7200-000 | $93,281.00 | $61,372.84 | $61,372.84 | $34,808.19 |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$93,281.00** | **$65,968.30** | **$65,968.30** | **$39,403.65** |

UST Form 101-7-TDR ( 10 /1/2010)

Exhibit 8
Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case No.:** 15-42131  
**Case Name:** ALMADA, MICHAEL D.  
**For Period Ending:** 11/16/2017

**Trustee Name:** (330270) Norman B. Newman  
**Date Filed (f) or Converted (c):** 12/14/2015 (f)  
**§ 341(a) Meeting Date:** 01/21/2016  
**Claims Bar Date:** 10/18/2016

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 38248 County Road 681<br>Single-family home  .<br>Enti<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 2 | Cash<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 50.00 | 0.00 | | 0.00 | FA |
| 3 | Deposits of money - : Educational Community Cred<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 100.00 | 0.00 | | 0.00 | FA |
| 4 | Deposits of money - : Byline Bank<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 1,000.00 | 0.00 | | 0.00 | FA |
| 5 | Furniture<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 500.00 | 0.00 | | 0.00 | FA |
| 6 | Television and computer<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 500.00 | 0.00 | | 0.00 | FA |
| 7 | Clothes<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 500.00 | 500.00 | | 0.00 | FA |
| 8 | TIAA/CREF Financial Services<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 8,766.00 | 0.00 | | 0.00 | FA |
| 9 | Scion<br>XB<br>2011<br>60000. Entire property value: $210<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 21,000.00 | 0.00 | | 0.00 | FA |

**UST Form 101-7-TDR ( 10 /1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8

Page: 2

| Case No.: | 15-42131 | Trustee Name: | (330270) Norman B. Newman |
|---|---|---|---|
| Case Name: | ALMADA, MICHAEL D. | Date Filed (f) or Converted (c): | 12/14/2015 (f) |
| | | § 341(a) Meeting Date: | 01/21/2016 |
| For Period Ending: | 11/16/2017 | Claims Bar Date: | 10/18/2016 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 10 | Inheritance of Property | 0.00 | 50,000.00 | | 85,000.00 | FA |
| 10 | **Assets    Totals**   (Excluding unknown values) | **$32,416.00** | **$50,500.00** | | **$85,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

All claims and Debtor's exemption claim have been resolved.  Final Report (TFR) submitted to U.S.T.

**Initial Projected Date Of Final Report (TFR):**     01/31/2017     **Current Projected Date Of Final Report (TFR):**     09/14/2017 (Actual)

UST Form 101-7-TDR ( 10 /1/2010)

Exhibit 9
Page: 1

# Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 15-42131 | Trustee Name: | Norman B. Newman (330270) |
|---|---|---|---|
| Case Name: | ALMADA, MICHAEL D. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***9902 | Account #: | ******5366 Checking Account |
| For Period Ending: | 11/16/2017 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 12/15/2016 | {10} | Robert A. Mullinax | Sale of interest in real estate located in North Carolina | 1129-000 | 85,000.00 | | 85,000.00 |
| 12/30/2016 | 101 | Michael Almada | Reimbursement of expense re: sale documents | 2500-000 | | 27.32 | 84,972.68 |
| 12/30/2016 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 56.89 | 84,915.79 |
| 01/31/2017 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 130.26 | 84,785.53 |
| 02/13/2017 | 102 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/13/2017 FOR CASE #15-42131, Bond #016073584 | 2300-000 | | 27.97 | 84,757.56 |
| 02/21/2017 | 103 | MILLER COOPER | Payment of Retainer | 3410-000 | | 2,000.00 | 82,757.56 |
| 02/28/2017 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 113.71 | 82,643.85 |
| 03/14/2017 | 104 | Michael D. Almada | Exemption Claim | 8100-002 | | 4,000.00 | 78,643.85 |
| 03/31/2017 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 120.72 | 78,523.13 |
| 04/28/2017 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 105.41 | 78,417.72 |

{ } Asset Reference(s)   UST Form 101-7-TDR ( 10 /1/2010)   ! - transaction has not been cleared

Exhibit 9
Page: 2

# Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 15-42131 | Trustee Name: | Norman B. Newman (330270) |
|---|---|---|---|
| Case Name: | ALMADA, MICHAEL D. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***9902 | Account #: | ******5366 Checking Account |
| For Period Ending: | 11/16/2017 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 05/31/2017 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 124.07 | 78,293.65 |
| 06/30/2017 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 112.61 | 78,181.04 |
| 10/12/2017 | 105 | MILLER COOPER | Final Distribution pursuant to Court Order dated 10/12/17. | 3410-000 | | 1,298.10 | 76,882.94 |
| 10/12/2017 | 106 | MILLER COOPER | Final Distribution pursuant to Court Order dated 10/12/17. | 3420-000 | | 250.00 | 76,632.94 |
| 10/12/2017 | 107 | MUCH SHELIST, P.C. | Final Distribution pursuant to Court Order dated 10/12/17. | 3120-000 | | 267.79 | 76,365.15 |
| 10/12/2017 | 108 | MUCH SHELIST, P.C. | Final Distribution pursuant to Court Order dated 10/12/17. | 3110-000 | | 29,661.50 | 46,703.65 |
| 10/12/2017 | 109 | NORMAN B. NEWMAN, TRUSTEE | Final Distribution pursuant to Court Order dated 10/12/17. | 2100-000 | | 7,300.00 | 39,403.65 |
| 10/12/2017 | 110 | Capital One Bank (USA), N.A. | Final Distribution pursuant to Court Order dated 10/12/17. | 7100-000 | | 3,422.25 | 35,981.40 |
| 10/12/2017 | 111 | Capital One Bank (USA), N.A. | Final Distribution pursuant to Court Order dated 10/12/17. | 7100-000 | | 663.90 | 35,317.50 |

{ } Asset Reference(s)   UST Form 101-7-TDR ( 10 /1/2010)   ! - transaction has not been cleared

Exhibit 9
Page: 3

# Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 15-42131 | Trustee Name: | Norman B. Newman (330270) |
| --- | --- | --- | --- |
| Case Name: | ALMADA, MICHAEL D. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***9902 | Account #: | ******5366 Checking Account |
| For Period Ending: | 11/16/2017 | Blanket Bond (per case limit): | $5,000,000.00 |
|  |  | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 10/12/2017 | 112 | Capital One Bank (USA), N.A. | Final Distribution pursuant to Court Order dated 10/12/17. | 7100-000 |  | 509.31 | 34,808.19 |
| 10/12/2017 | 113 | USDA Rural Housing Service | Final Distribution pursuant to Court Order dated 10/12/17. | 7200-000 |  | 34,808.19 | 0.00 |
|  |  |  | **COLUMN TOTALS** |  | 85,000.00 | 85,000.00 | $0.00 |
|  |  |  | Less: Bank Transfers/CDs |  | 0.00 | 0.00 |  |
|  |  |  | **Subtotal** |  | 85,000.00 | 85,000.00 |  |
|  |  |  | Less: Payments to Debtors |  |  | 4,000.00 |  |
|  |  |  | **NET Receipts / Disbursements** |  | $85,000.00 | $81,000.00 |  |

{} Asset Reference(s)   UST Form 101-7-TDR ( 10 /1/2010)   ! - transaction has not been cleared

Exhibit 9
Page: 4

# Form 2

## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 15-42131 | **Trustee Name:** | Norman B. Newman (330270) |
| **Case Name:** | ALMADA, MICHAEL D. | **Bank Name:** | Rabobank, N.A. |
| **Taxpayer ID #:** | **-***9902 | **Account #:** | ******5366 Checking Account |
| **For Period Ending:** | 11/16/2017 | **Blanket Bond (per case limit):** | $5,000,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******5366 Checking Account | $85,000.00 | $81,000.00 | $0.00 |
| | **$85,000.00** | **$81,000.00** | **$0.00** |

**UST Form 101-7-TDR (10 /1/2010)**